IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-00693-TDS-JEP

| | |
|---|---|
| JONATHAN CLARIDA,<br><br>                            Plaintiff,<br><br>v.<br><br>NU-MEAT TECHNOLOGY, INC.,<br><br>                            Defendant. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jonathan Clarida and Defendant Nu-Meat Technology, Inc., hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

This the 24th day of May, 2022.

| | |
|---|---|
| **/s/Craig Hensel**<br>Craig Hensel<br>NC State Bar No. 40852<br>Email: craig.hensel@hensellaw.com<br>HENSEL LAW, PLLC<br>P.O. Box 39270<br>Greensboro, NC 27438<br>Telephone: (336) 218-6466<br><br>*Attorney for Plaintiff* | **/s/ Robin E. Shea**<br>Robin E. Shea<br>NC State Bar No. 15862<br>Email: rshea@constangy.com<br>CONSTANGY, BROOKS, SMITH<br>& PROPHETE, LLP<br>100 North Cherry Street, Suite 300<br>Winston-Salem, NC 27101<br>Telephone: (336) 721-1001<br>Facsimile: (336) 748-9112<br><br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Craig Hensel** (craig.hensel@hensellaw.com)**.**

This the 24th day of May, 2022.

/s/ **Robin E. Shea**
Robin E. Shea
NC State Bar No. 15862
Email: rshea@constangy.com
CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

*Attorney for Defendant*